# United States Court of Appeals

### For the Seventh Circuit
Chicago, Illinois  60604

June 23, 2014

RICHARD A. POSNER, *Circuit Judge*

JOEL M. FLAUM, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

| | |
|---|---|
| No. 13-3240 | Appeal from the United States District Court for the Southern District of Indiana, Evansville Division. |
| FARES PAWN, LLC, and WILLIAM K. SAALWAECHTER *Plaintiffs-Appellants,* | No. 11-cv-136 |
| *v.* | Richard L. Young, *Chief Judge.* |
| INDIANA DEPARTMENT OF FINANCIAL INSTITUTIONS, *et al.* *Defendants-Appellees.* | |

O R D E R

The opinion issued in the above-entitled case on June 20, 2014, is hereby amended as follows:

> On page 2, lines 9–10, "he sued DFI in federal court for violating" should be changed to "he sued DFI for violating".

> On page 9, lines 28–29, "In October 2012, Saalwaechter sued the state of Indiana, DFI, and associated state officials under 42 U.S.C. § 1983" should be changed to "In October 2011, Saalwaechter sued DFI and associated state officials in the Vanderburgh County Superior Court under 42 U.S.C. § 1983; the case was later removed to federal court".